UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-2035-WWB-DAB

HOWARD COHAN,

    Plaintiff,

vs.

ULTA SALON, COSMETICS & FRAGRANCE, INC.
a Foreign Profit Corporation
d/b/a ULTA

    Defendant(s).
_____/

**<u>NOTICE OF SETTLEMENT</u>**

    The Plaintiff, HOWARD COHAN, by and through his undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED January 13, 2023.

                                      By: **/s/ Gregory S. Sconzo**
                                      Gregory S. Sconzo, Esq.
                                      Florida Bar No.: 0105553
                                      Sconzo Law Office, P.A.
                                      3825 PGA Boulevard, Suite 207
                                      Palm Beach Gardens, FL 33410
                                      Telephone: (561) 729-0940
                                      Facsimile: (561) 491-9459
                                      Email: greg@sconzolawoffice.com
                                      Email: samantha@sconzolawoffice.com
                                      Email: alexa@sconzolawoffice.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's counsel via email at ewooten@mayerbrown.com.

    /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**